CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
Herrec4@nv.ccsd.net
*Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN KEITH MALLOW,<br><br>   Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT; a political subdivision of the State of Nevada, CCSDPD OFFICER RAYMOND CRUZAN (P#527); DOES I through XX; and, ROE ENTITIES I through XX,<br><br>   Defendants. | Case No.: 2:20-cv-00440-JAD-EJY<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME WITHIN WHICH DEFENDANTS MAY ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff BRIAN KEITH MALLOW ("Plaintiff") and Defendants CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT and CCSDPD OFFICER RAYMOND CRUZAN ("Defendants"), by and through their respective counsel, hereby stipulate and agree pursuant to Local Rule 7-1 as follows:

  1.  Whereas, on March 2, 2020, Plaintiff filed a Complaint for Civil Rights Violation and Injunctive and Declaratory Relief; Demand for Jury Trial before the United States District Court, District of Nevada, designated Case No,: 2:20-cv-00440-JAD-EJY. ECF No. 1.

2. Whereas, on May 18, 2020, Plaintiff served a copy of the Summons and Complaint on Defendants Clark County School District Police Department and CCSDPD Officer Raymond Cruzan. ECF Nos. 9 and 10.

3. Whereas, Defendants' response to Plaintiff's Complaint is due June 8, 2020. Fed R. Civ. P. 12 (a).

4. Whereas, Defendants require additional time to evaluate Plaintiff's allegations and file a proper response; therefore, the parties agree to a two (2) week extension of time through June 22, 2020, for Defendants to respond to Plaintiff's Complaint.

5. Whereas, this is the first request for an extension regarding the filing of Defendants' response to Plaintiff's Complaint, which is made in good faith, not for the purposes of delay, and neither party is prejudiced by the short extension.

DATED: June 5, 2020

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: /s/ Crystal J. Herrera
Crystal J. Herrera, Esq. (#12396)
5100 West Sahara Avenue
Las Vegas, NV 89146
Attorney for *Defendants*

DATED: June 5, 2020

MUELLER & ASSOCIATES, INC.

By: /s/
Craig A. Mueller, Esq. (#4703)
723 S. Seventh Street
Las Vegas, NV 89101
Attorney for *Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: June 5, 2020